UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| TYREEK HALL, | ) | Count One: Escape |
| | ) | (18 U.S.C. § 751(a)) |
| Defendant | ) | |

INDICTMENT

COUNT ONE
Escape
(18 U.S.C. § 751(a))

The Grand Jury charges:

From on or about September 7, 2025, through on or about February 5, 2026, in the District of Massachusetts, the defendant,

TYREEK HALL,

did knowingly escape from the custody of the Attorney General and her authorized representative, and from any institution and facility in which he was confined by direction of the Attorney General, by virtue of a judgment of the United States District Court for the District of Massachusetts upon conviction of the offense of being a felon in possession of ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

All in violation of Title 18, United States Code, Section 751(a).

1

A TRUE BILL



FOREPERSON

JOHN T. DAWLEY, JR.
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: FEBRUARY 11, 2026
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
DEPUTY CLERK
at 12:20 PM