# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
      v.            )     NO. 26-CR-10038-FDS
                                    )
TYREEK HALL                         )

## MOTION FOR RULE 11 HEARING

Defendant, Tyreek Hall, by his attorney, reports that he is prepared to enter into a guilty plea. We ask that the Court schedule a Rule 11 Hearing and cancel the status conference, presently set for June 12, 2026. The Defendant waives the application of the Speedy Trial Act and asks that the Rule 11 Hearing be set at the Court's convenience. The parties have a plea agreement that will be filed with the Court in short order.

          Respectfully submitted,

          TYREEK HALL
          By and through counsel,

          */s/ Jessica Thrall*

          Jessica Thrall
          BBO # 670412
          Federal Defender Office
          51 Sleeper Street, 5th Floor
          Boston, MA 02210
          617-223-8061

Dated: June 12, 2026

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 12, 2026.

*/s/ Jessica P. Thrall*
Jessica P. Thrall

2